■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JAMES, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on September 21, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVIS JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on February 2, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.